### GRIER *v.* BROWN.

SIMMONS, C. J.　Upon a plaintiff in error is the burden of showing material error in the ruling of which complaint is made ; and if he fail to carry that burden, the judgment will be affirmed.　In the present case complaint is made of the overruling of a motion for new trial, and the brief of evidence is so confused and obscure as to be unintelligible.　It is therefore impossible for this court to determine whether there was evidence to authorize the verdict or whether there was material error in the special grounds of the motion, which complain of the exclusion of certain evidence ; and the refusal to grant a new trial must be presumed to have been right.

*Judgment affirmed.　All the Justices concur.*

Submitted July 27,—Decided August 14, 1903.

Affidavit of illegality.　Before Judge Adams.　City court of Dublin.　October 16, 1902.

*James B. Sanders* and *Davis & Sturgis,* for plaintiff.